defendant's disbursements to be taxed, not exceeding $15, and as thus modified affirmed, without costs.

MAGNOLIA METAL CO. v. STERLINGWORTH RY. SUPPLY CO. (Supreme Court, Appellate Division, First Department. April 7, 1899.) Action by the Magnolia Metal Company against the Sterlingworth Railway Supply Company. No opinion. Motion granted, upon payment of $10 costs. See 56 N. Y. Supp. 478.

MANHEIM, Respondent, v. SEITZ, Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1899.) Action by Julius Manheim against Michael Seitz. No opinion. Motion for leave to appeal to the court of appeals denied. See 47 N. Y. Supp. 1142, and 54 N. Y. Supp. 1109, 1115.

MARCUS, Respondent, v. HOLLANDER, Appellant. (City Court of New York, General Term, March 28, 1899.) Action by Julius Marcus against Joseph Hollander, as executor of A. Pfirrman & Co. From a judgment for plaintiff, defendant appeals. Affirmed. James Ridgway, for appellant. Wise & Lichtenstein, for respondent.

PER CURIAM. The testimony justified the finding of the jury that defendant agreed to pay plaintiff a commission of two dollars on each barrel on the whole lot of the goods sold to Cook & Berheimer, amounting to 126 barrels of whisky. No error was committed at the trial. Judgment affirmed, with costs.

MARTIN, Appellant, v. MERCHANT, Respondent. (Supreme Court, Appellate Division, Third Department. March 8, 1899.) Action by Henry D. Martin against Stephen Merchant. No opinion. Judgment and order affirmed, with costs.

MAURY, Respondent, v. AMERICAN MOTOR CO., Appellant. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by John M. Maury against American Motor Company. P. N. Turner, for appellant. J. E. Roeser, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 56 N. Y. Supp. 316.

MELDON v. DEVLIN. (Supreme Court, Appellate Division, First Department. February 24, 1899.) Action by Albert Meldon against Angela Devlin. No opinion. Motion granted.

MENTS, Respondent, v. BOTH, Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1899.) Action by Frederick Ments against Henry Both. No opinion. Motion for reargument denied. See 55 N. Y. Supp. 234.

MERRITT et al., Respondents, v. MERRITT, Appellant. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Action by Helen S. Merritt and another against John Merritt, as executor, impleaded. No opinion. The case having been sent back for correction, the same is stricken from the calendar. See 48 N. Y. Supp. 1109.

METCALF v. MOSES et al. (Supreme Court, Appellate Division, First Department. February 24, 1899.) Action by Manton B. Metcalf against Morris Moses and others. No opinion. Motion denied, with $10 costs. See 56 N. Y. Supp. 1112.

MITCHELL et al. v. KLEIN. SAME v. FIDELITY & DEPOSIT CO. OF MARYLAND. (City Court of New York, General Term. March 28, 1899.) Actions by William Mitchell and another against Emil Klein and the Fidelity & Deposit Company of Maryland. J. C. Weschler, for appellant. Louis Levy, for respondents.

PER CURIAM. Order affirmed, with costs.

MOORE, Plaintiff, v. MORTON et al., Defendants. (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Action by William F. Moore against John T. Morton, individually and as treasurer, etc., and another. No opinion. Judgment for plaintiff, without costs, on argument, on agreed statement of facts.

MOSS, Respondent, v. CHENEY, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1899.) Action by Theodore Moss against Benjamin P. Cheney. D. Gerber, for appellant. A. H. Hummel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MURPHY, Respondent, v. AMERICAN TRANSFER CO., Appellant. (Supreme Court, Appellate Term. April 21, 1899.) Action by Patrick Murphy against the American Transfer Company. Judgment for plaintiff, and defendant appeals. Affirmed. Charles A. Hess, for appellant. Holm & Smith, for respondent.

FREEDMAN, P. J. The questions of fact raised by the pleadings, and not expressly admitted by the parties upon the trial, have been decided by the court below in favor of the plaintiff. I see no good reason for disturbing this result. Judgment affirmed, with costs to respondent. LEVENTRITT, J., concurs. MacLEAN, J., taking no part.

MURRAY, Respondent, v. VILLAGE OF PORT JERVIS, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) Action by Anne Murray against the village of Port Jervis. No opinion. Motion for reargument denied. See 54 N. Y. Supp. 1110.

MYERS, Appellant, v. BUELL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Action by Jacob H. Myers against George C. Buell and others. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals denied, with $10 costs. All concur. See 56 N. Y. Supp. 1112.